IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01758-AP

BOBBY D. ROSADO,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
ROBERT K. GRUBER
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
(303) 986-6400
bobgruber@earthlink.net

For Defendant:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:**  08/21/07

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** 08/28/07

    **C.**    **Date Answer and Administrative Record Were Filed:** 10/22/07

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    **A.**    **Plaintiff's Statement:** The administrative records appears complete with the addition of the Supplemental Certification received November 6, 2007.

    **B.**    **Defendant's Statement:** There are no further issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7.  OTHER MATTERS

None.

## 8.  PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** December 9, 2007

    **B.**    **Defendant's  Response Brief Due:** January 8, 2008

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:** January 23, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument not requested.

    **B.**    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>9th</u> day of <u>November </u>, 2007.

                          BY THE COURT:

                          <u>*S/John L. Kane*</u>
                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Robert K. Gruber                           UNITED STATES ATTORNEY
ROBERT K. GRUBER
3500 South Wadsworth Blvd., Suite 215         TROY A. EID
Lakewood, Colorado 80235-2382                 United States Attorney
Telephone (303) 986-6400
FAX (303) 986-6800                            KEVIN TRASKOS
E-mail: bobgruber@earthlink.net               Assistant United States Attorney
                                              Deputy Chief, Civil Division
                                              United States Attorney's Office
Attorney for Plaintiff-Appellant             District of Colorado
                                              kevin.traskos@usdoj.gov

                                              s/ Thomas H. Kraus
                                              By: THOMAS H. KRAUS
                                              Special Assistant U.S. Attorney
                                              1961 Stout St., Suite 1001A
                                              Denver, Colorado  80294
                                              Telephone: (303) 844-0017
                                              tom.kraus@ssa.gov

                                              Attorneys for Defendant